| United States District Court | Southern District of Texas |
|---|---|

Tyronne Wallace, §
   §
   Plaintiff, §
   §
versus §   Civil Action H-18-4833
   §
Capital One Bank (USA), N.A., §
   §
   Defendant. §

United States District Court
Southern District of Texas
**ENTERED**
February 15, 2019
David J. Bradley, Clerk

## Conditional Dismissal

1. Having been notified by the parties that they have settled, this case is dismissed with prejudice.

2. By March 8, 2019, the parties may move for reinstatement.

3. The court retains its jurisdiction to enforce the settlement.

4. All pending deadlines and settings are terminated.

Signed on February 15, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge